**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo
James N. Lawlor
Joesph F. Pacelli (*pro hac vice* pending)
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com
jlawlor@wmd-law.com
jpacelli@wmd-law.com

**JONES DAY**
Bruce Bennett (*pro hac vice* pending)
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
Telephone: (213) 243-2382
Facsimile: (213) 943-2539
bbennett@jonesday.com

-and-

Benjamin Rosenblum (*pro hac vice* pending)
250 Vesey Street
New York, New York 10281
Telephone: (212) 326-8312
Facsimile: (212) 755-7306
brosenblum@jonesday.com

*Counsel for the Cross-Holder Ad Hoc Group*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>MULTI-COLOR CORPORATION, *et al*,.<br><br>    Debtors.[1] | Chapter 11<br><br>Case No. 26-10910 (MBK)<br><br>Judge: Michael B. Kaplan<br><br>Notice of Appeal |

---

[1]    The last four digits of Debtor Multi-Color Corporation's tax identification number are 5853. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.veritaglobal.net/MCC. The location of the Debtors' service address for purposes of these Chapter 11 Cases is: 3284 Northside Parkway NW, Suite 400, Atlanta, Georgia 30327.

**NOTICE OF APPEAL**
**(Docket No. 106) (Order granting DIP Motion)**

The Cross-Holder Ad Hoc Group, including Canyon Capital Advisors, LLC, respectfully appeals this Court's February 2, 2026 Order (Docket No. 106) granting *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Liens and Superpriority Administrative Expense Claims, (II) Granting Adequate Protection to Certain Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* (Docket No. 26) ("DIP Motion") to the United States District Court for the District of New Jersey.

The names and counsel of the other parties to the order from which this appeal is taken are:

| Appellees | Counsel |
|---|---|
| Multi-Color Corporation | Steven N. Serajeddini (*pro hac vice* pending) |
| Collotype International Holdings PTY LTD | 601 Lexington Avenue |
| Cunamara Investments PTY Limited | New York, New York 10022 |
| Exportaciones IM-Promocion, S.A. DE C.V. | Telephone: (212) 446-4800 |
| Grafo Regia, S. DE R.L. DE C.V. | Facsimile: (212) 446-4900 |
| Hally Group PTY LTD | steven.serajeddini@kirkland.com |
| Hally Labels PTY Limited | |
| Hexagon Holdings Limited | Rachael M. Bentley (*pro hac vice* pending) |
| Kiwi Labels Limited | Peter A. Candel (*pro hac vice* pending) |
| Labels Buyer, LLC | Ashley L. Surinak (*pro hac vice* pending) |
| LABL Acquisition Corporation | 333 West Wolf Point Plaza |
| LABL Holding Corporation | Chicago, Illinois 60654 |
| LABL, Inc. | Telephone: (312) 862-2000 |
| LABL Intermediate Holding Corporation | Facsimile: (312) 862-2200 |
| MCC Ablis France SAS | rachael.bentley@kirkland.com |
| MCC Adelaide PTY LTD | peter.candel@kirkland.com |
| MCC Albany Limited | ashley.surinak@kirkland.com |
| MCC Auckland Limited | |
| MCC Cardiff LTD. | Michael D. Sirota, Esq. |
| MCC Christchurch Limited | Warren A. Usatine, Esq. |
| MCC France EST SAS | Felice R. Yudkin, Esq. |
| MCC France Ouest SAS | Court Plaza North, 25 Main Street |
| MCC Griffith PTY LTD | Hackensack, New Jersey 07601 |
| MCC Label Sydney PTY LTD | Telephone: (201) 489-3000 |
| MCC Labels Australia Holdings PTY LTD | msirota@coleschotz.com |
| MCC Labels Australia PTY LTD | wusatine@coleschotz.com |
| MCC Manufacturing, Inc. | fyudkin@coleschotz.com |
| MCC Melbourne PTY LTD | |
| MCC Nantes France SAS | *Proposed Co-Counsel to the Debtors and* |
| MCC Perth PTY LTD | *Debtors in Possession* |

NAI-5010128157v4

| Appellees | Counsel |
|---|---|
| MCC POZNAŃ SP. Z O.O. | |
| MCC Smart Packaging Solutions, LLC | |
| MCC Verstraete Australia PTY LTD | |
| MCC Verstraete In Mold Labels USA Inc. | |
| MCC Verstraete N.V. | |
| MCC-Norwood, LLC | |
| Multi-Color (New Zealand) Holdings PTY Limited | |
| Multi-Color (New Zealand) PTY Limited | |
| Multi-Color (QLD) PTY LTD | |
| Multi-Color Australia Acquisition PTY. Limited | |
| Multi-Color Australia Holdings PTY. Limited | |
| Multi-Color Bingen Germany GMBH | |
| Multi-Color Canada, Inc. | |
| Multi-Color Clydebank Scotland Limited | |
| Multi-Color Cwmbran UK Limited | |
| Multi-Color Daventry England LTD | |
| Multi-Color Hann. Muenden Germany GMBH | |
| Multi-Color Heiligenstadt Germany GMBH | |
| Multi-Color Label Corporation–Mexico, S.A. DE C.V. | |
| Multi-Color Labels Castlebar Ireland Limited | |
| Multi-Color Labels Ireland Limited | |
| Multi-Color Montreal Canada Corporation | |
| Multi-Color UK Holdings 2 Limited | |
| Multi-Color Warsaw Poland SP. Z.O.O. | |
| Spear Group Holdings Limited | |
| W/S Packaging Group, LLC | |

NAI-5010128157v4

Dated: February 2, 2026

By: */s/ Paul R. DeFilippo*

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
James N. Lawlor, Esq.
Joseph F. Pacelli, Esq. (*pro hac vice* pending)
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Email: pdefilippo@wmd-law.com
      jlawlor@wmd-law.com
      jpacelli@wmd-law.com

**JONES DAY**

Bruce Bennett (*pro hac vice* pending)
555 South Flower Street, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2382
Facsimile: (213) 243-2539
Email: bbennett@jonesday.com

-and-

Benjamin Rosenblum (*pro hac vice* pending)
250 Vesey Street
New York, New York 10281
Telephone: (212) 326-8312
Facsimile: (212) 755-7306
Email: brosenblum@jonesday.com

*Counsel for the Cross-Holder Ad Hoc Group*

NAI-5010128157v4

## CERTIFICATE OF SERVICE

I, Paul R. DeFilippo, hereby certify that on this 2nd day of February, 2026, I caused the foregoing Notice of Appeal to be served by this Court's CM/ECF System on all parties who are scheduled to receive notice through the Court's CM/ECF system.

*/s/ Paul R. DeFilippo*
Paul R. DeFilippo
