# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In re:

Multi-Color Corporation

| | |
|---|---|
| Chapter: | 11 |
| Case Number: | 26-10910 |
| Civil Number: | |
| Adversary Number: | |
| Bankruptcy Judge: | MBK |

## TRANSMITTAL OF DOCUMENT(S) TO:
☒ **DISTRICT COURT**    ☐ **CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

☒ Notice of Appeal    ☒ Order being Appealed    ☐ Designation of Record on Appeal

☐ Statement of Issues    ☐ Transcript    ☐ Transcript Ordered On: _____

☐ Motion for Leave to Appeal    ☐ Certification of Failure to File Designation    ☐ Motion to Withdraw the Reference

☐ Other _____

---

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on February 2, 2026_____.    The parties to the appeal are:

| | | | |
|---|---|---|---|
| Appellant(s): | Cross-Holder Ad Hoc Group | Appellee(s): | Multi-Color Corporation |
| Attorney: | Paul R. DeFilippo, Esq. | Attorney: | Michael D. Sirota, Esq. |
| Address: | 500 Fifth Avenue, 12th Floor | Address: | 25 Main Street |
| | New York, NY 10110 | | Hackensack, NJ 07601 |

Title of Order Appealed: Interim Order (I) Authorizing the Debtors to (A) Obtain PostpetitionFinancing, (B) Use Cash Collateral, and (C) Grant Liens and SuperpriorityAdministrative Expense Claims, (II) Granting Adequate Protection toCertain Prepetition Secured Parties, (III) Modifying the Automatic Stay,(IV) Scheduling a Final Hearing, and (V) Granting Related Relief

Date Entered On Docket: _____

☒    An appeal has not previously been filed in this case.

☐    The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| | | |
| | | |
| | | |

---

Court Clerk: Please complete the information below and return a copy of this form to _____within 3 days.

Your Court's Case Number: _____    Judge assigned: _____

By: _____    Date: _____

*rev. 8/28/17*